STONE, C.J.,
dissenting.
I would reverse on the authority of Carlton v. State, 449 So.2d 250 (Fla.1984), Swain v. State, 670 So.2d 186 (Fla. 3d DCA 1996), Clapsaddle v. State, 545 So.2d 946 (Fla. 2d DCA 1989), State v. Gallo, 279 So.2d 71 (Fla. 2d DCA 1973), Carr v. State, 529 So.2d 805 (Fla. 1st DCA 1988), and Baum v. State, 404 So.2d 195 (Fla. 1st DCA 1981), or, alternatively, on the authority of United States v. Leon, 468 U.S. 897, 104 S.Ct. 3405, 82 L.Ed.2d 677 (1984).